IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHARLES W. ADAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br><br><br><br><br><br> PAUL SCHMITT, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO. 1:99-CV-0139RM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

REQUEST FOR INTERROGATORIES
FOR  PAUL SCHMITT

Comes now the Plaintiff, pro-se and pursuant to Rule 33, of the Federal Civil Judicial Procedure and Rules, propound the following interrogatories to  PAUL SCHMITT , to be answered separately, under oath, within (30) days after service hereof pursuant to said rule:

**INTERROGATORY NO. 1:**   State your full name, address, date of birth, and social security number.

**ANSWER:** _____
_____
_____
_____

**INTERROGATORY NO. 1:**   State your professional and/or personal involvement in this above cause of action.

**ANSWER** _____
_____

**INTERROGATORY NO. 3:** State, in detail, the steps you took, if any, to secure evidence that Mr. Adams indicated to you was located in his home, such evidence was part of the current and previous crime for which Mr. Adams alleged Angela was the perpetrater.

**ANSWER:**

**INTERROGATORY NO. 4:** State, in detail, the conclusion of your investigation regarding interrogatory no. 3.

**ANSWER:**

**INTERROGATORY NO. 5:** State, in detail, how you were assigned to investigate an incident for which Mr. Adams filed a police report claiming Angela Dale (Adams) Frye committed the act of fraudulent use of his credit card to make phone sex calls.

**ANSWER:**

**INTERROGATORY NO. 6:** State, in detail, the conclusion of your investigation to interrogatory no. 5.

**ANSWER:**

**INTERROGATORY NO. 7:** State, in detail, normal police proceedure that is to be followed when making a routine domestic violence arrest:

**ANSWER:**

**INTERROGATORY NO. 8:** State, did you follow the routine procedure when you made the arrest in this case.

**ANSWER:**

**INTERROGATORY NO. 9:** State, in detail, after you forced your way into the Adams home...exited the home...re-entered the home to conduct a search of the Adams home...List everything you learned and seized as evidence, as a result of the search.

**ANSWER:**

4

**INTERROGATORY NO. 10:** State, in detail, anything you became involved with either before or after you became involved in this case involving Charles Adams or Angela Dale (Adams) Frye.

**ANSWER:**

**INTERROGATORY NO. 11:** State, in detail, your professional and personal relationship with Angela Dale (Adams) Frye.

**ANSWER:**

**INTERROGATORY NO. 12:** State, in detail, when you acquired a signed Affidavit and Consent Form from Angela Dale (Frye) Adams.

**ANSWER:**

**INTERROGATORY NO. 13:** State, in detail, the advisement of rights you read to Angela Dale (Frye) Adams on June 3rd, 1998.

**ANSWER:**

**INTERROGATORY NO. 14:** State, in detail, persons, documents, if any, you consulted before answering these questions.

**ANSWER:**

**INTERROGATORY NO. 15:** State, in detail, how you knew that the complaintant was intoxicated when you intitially took a verbal report from her in this case.

**ANSWER:**

**INTERROGATORY NO. 16:** State, in detail, all audio evidence taken in this instant case, that pertained to this case.

**ANSWER:**

**INTERROGATORY NO. 17:** State, in detail, why you were not required to advise Mr. Adams of his rights.

**ANSWER:**

**INTERROGATORY NO. 18:** State, in detail, why you told Mr. Adams you needed to come inside his home.

**ANSWER:**

**INTERROGATORY NO. 19:** State, in detail, was there a civil law suit pending against you and other officers when you gave testimony on April 19, 1999 and September 20, 1999, regarding the arresting proceedures in this case.

**ANSWER:**

**INTERROGATORY NO. 20:** State, in detail, is there a civil law suit pending against you currently for your actions in this case.

**ANSWER:**

**INTERROGATORY NO. 21:** State, in detail, the law which allows an off duty police officer to answer a call on the radio and enter another persons home without a warrant or judicial authorization, without a signed affidavit from the complaintant who is known to be intoxicated, to make a warrantless in home arrest.

**ANSWER:**

**INTERROGATORY NO. 22:**  State, in detail, what laws allow a police officer to make a warrantless in home arrest in Indiana without judicial authorization.

**ANSWER:**

**INTERROGATORY NO. 23:** State, in detail, the probable cause you had to make a warrantless in home arrest without judicial authorization.

**ANSWER:**

8

**INTERROGATORY NO. 24:** State, in detail, the exigent circumstances that existed to justify a warrantless in home arrest without judicial authorization.

**ANSWER:**

**INTERROGATORY NO. 25:** State, in detail, if you found the evidence in the home exactly as the complaintant described to you.

**ANSWER:**

**INTERROGATORY NO. 26:** State, in detail, when, at what point did you confirm your suspicion that a crime had occurred inside the Adams home.

**ANSWER:**

I affirm under the penalty of perjury that the above and foregoing answers are true and correct.

Date: _____, 2002

                                                        Paul Schmitt

**STATE OF INDIANA**

**COUNTY OF** _____

I, Paul Schmitt _____, being duly sworn upon my oath, depose and say that I have subscribed to the foregoing Interrogatories/Admissions; that I know the contents thereof; and that the above and foregoing Answers are true and correct.

                                                        Paul Schmitt

Subscribed and sworn to before me this ____ day of _____, 2002.

                                                    (Printed Name of Notary Public)

My Commission Expires:

_____  
(Month)(Day)(Year)                    (Signed name Notary Public)

                                                    (County of Residence)

SEAL

Dated: _____                           Respectfully submitted,

                                                   _____
                                                   Plaintiff

## CERTIFICATE OF SERVICE

    I, The undersigned, hereby certify that the above and foregoing Notice of Service was served upon Defendant's attorneys Lynn E. Kalamaros, 120 West LaSalle Ave., Twelfth Floor, PO Box 4156, South Bend, IN 46634-4156, Ronald J. Semler, Stephenson Daly Morrow & Kurnik, 8710 Meridian St., Suite 200, Indianapolis, Indiana 46260-2331, Michael L. Valentine, Valentine Miner & Lemon LLP-Par/War/IN 603 N Parker Street, PO Box 720, Warsaw, IN 46580-1035, by United States First Class Mail, postage pre-paid, this ____ day of _____, 200__.

                                                   _____
                                                   Plaintiff
                                                   CHARLES W. Adams, Jr.,
                                                   DOC # 865555
                                                   Correctional Industrial Facility
                                                   P.O. Box #601
                                                   Pendleton, Indiana 46064